**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 433 EAL 2015
                                            :
                  Respondent         :
                                            :   Petition for Allowance of Appeal from
                                          :   the Order of the Superior Court
           v.                      :
                                            :
                                          :
SHAWN HILL,                          :
                                          :
                  Petitioner          :

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.